UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD GRAHAM, )
)
Plaintiff, )
)
v. ) Civil Action No. 13-1164
)
ROBERT N. NORRINGTON, et al., )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff brings this action against three employees of the United States Department of Housing and Urban Development, apparently, in their individual capacities. While the complaint appears to allege discriminatory policies of the agency, it fails to state what actions the individual defendants have taken to cause the harm plaintiff allegedly suffers. Absent factual allegations from which the Court may make a "reasonable inference that [a] defendant is liable for the misconduct alleged," *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556 (2007)), the complaint fails to state a claim against any of the named defendants. An Order accompanies this Memorandum Opinion.

DATE: 7/20/13

United States District Judge